```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GOLIGHT, INC.,

                Plaintiff,

      -against-

                                24-CV-6380 (VEC)

ABRAMS MFG. CO., INC.,                ORDER

                Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 23, 2024, Plaintiff filed a complaint against Defendant in the Southern District of New York, Dkt. 1;

      WHEREAS a civil action may be brought in "a judicial district in which any defendant resides," or where "a substantial part of the events or omissions giving rise to the claim occurred," 28 U.S.C. § 1391(b);

      WHEREAS Plaintiff alleges it is a Nebraska corporation, *see* Compl. ¶ 1;

      WHEREAS Plaintiff alleges that Defendant is a New York corporation with its principal place of business in Brooklyn, New York, *see id.* ¶ 2;

      WHEREAS venue appears improper in the Southern District of New York based on the face of the Complaint;

      WHEREAS Plaintiff was ordered to show cause why venue is proper in the Southern District of New York, or alternatively, why the case should not be transferred to the Eastern District of New York by no later than September 3, 2024, *see* Dkt. 8; and

      WHEREAS Plaintiff failed to show cause.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York.

**SO ORDERED.**

Date: **September 5, 2024**
      **New York, New York**

      **VALERIE CAPRONI**
      **United States District Judge**